IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED DIGITAL FORENSIC SOLUTIONS, INC., <br>     Plaintiff, <br><br> v. <br><br> LTU TECHNOLOGIES, INC., <br>   1725 I Street, NW <br>   Washington, DC 20006 <br><br> and <br><br> LTU TECHNOLOGIES, S.A., *et al.*, <br><br>     Defendants. | Civil Action No.: 1:07-cv-00683 CKK |

**CONSENT MOTION FOR EXTENSION OF TIME TO
ANSWER OR RESPOND TO COMPLAINT**

Plaintiff and Defendant LTU Technologies, Inc., by their respective counsel, hereby stipulate that the time by which Defendant must answer or file any responsive pleading or motion with respect to the Plaintiff's Complaint is extended to June 11, 2007. No prior extension has been requested or granted. The court is respectfully requested to grant this consent motion.

Respectfully submitted,

FOR THE PLAINTIFF:

/s/ Walter Steimel, Jr.
Walter Steimel, Jr. (DC Bar #446262)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W, Suite 500
Washington, DC 20006
 (202) 331-3100 (telephone)
(202) 331-3101 (facsimile)

(signed by Joseph E. Schuler with permission of Walter Steimel, Jr.)

This 21st day of May, 2007

FOR THE DEFENDANT:

/s/ Joseph E. Schuler
Joseph E. Schuler (DC Bar #296269)
JACKSON LEWIS LLP
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182
(703) 821-2189 (telephone)
(703) 821-2267 (facsimile)

This 21st day of May, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED DIGITAL FORENSIC SOLUTIONS, INC.,<br>　　　Plaintiff,<br><br>v.<br><br>LTU TECHNOLOGIES, INC.,<br>　1725 I Street, NW<br>　Washington, DC 20006<br><br>and<br><br>LTU TECHNOLOGIES, S.A., *et al.*,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No.: 1:07-cv-00683 CKK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ON CONSENT MOTION FOR EXTENSION OF TIME
TO ANSWER OR RESPOND TO COMPLAINT**

Based on Defendant LTU Technologies, Inc.'s Consent Motion for Extension of Time, the time within which Defendant LTU Technologies, Inc may file its answer or response to the Complaint is extended to, and including, June 11, 2007.

IT IS SO ORDERED this ____ day of _____, 2007.

_____
United States District Judge