IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED DIGITAL FORENSIC SOLUTIONS, INC., <br> Plaintiff, <br><br> v. <br><br> LTU TECHNOLOGIES, INC., <br> 1725 I Street, NW <br> Washington, DC 20006 <br><br> and <br><br> LTU TECHNOLOGIES, S.A., *et al.*, <br><br> Defendants. | Civil Action No.: 1:07-cv-00683 CKK |

**CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ON BEHALF OF DEFENDANT LTU TECHNOLOGIES, INC.**

I, the undersigned counsel of record for LTU Technologies, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of LTU Technologies, Inc. which have any outstanding securities in the hands of the public:

    JASTEC Co., Ltd.

These representations are made in order that the judges of this court may determine the need for recusal.

Dated May 21, 2007

Respectfully submitted,

/s/ Joseph E. Schuler
Joseph E. Schuler (DC Bar #296269)
JACKSON LEWIS LLP
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182
(703) 821-2189 (telephone)
(703) 821-2267 (facsimile)