IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED DIGITAL FORENSIC <br> SOLUTIONS, INC., <br> Plaintiff, <br> <br> v. <br> <br> LTU TECHNOLOGIES, Inc., *et al.*, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: 1:07-cv-00683 CKK <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF ENTRY OF APPEARANCE AND
TO CORRECT MISTAKEN ECF DOCKET ENTRIES**

The Clerk of the Court will please enter the appearance of the undersigned counsel on behalf of defendant LTU Technologies, Inc. The Clerk of the Court will please also note that prior documents filed on behalf of LTU Technologies, Inc., namely its Consent Motion for Extension [Doc. No. 2] and Rule 7.1 Certification [Doc. No. 3], were inadvertently attributed in the ECF database to LTU Technologies S.A., which has not been served nor entered an appearance in this proceeding. As reflected in those filings, they were submitted on behalf of LTU Technologies, Inc. Accordingly, the undersigned has not appeared on behalf of LTU Technologies, S.A. If necessary and appropriate, the Clerk of the Court is further requested to correct these docket entries and record of appearance of counsel accordingly.

Dated June 11, 2007                                             Respectfully submitted,

/s/ Joseph E. Schuler
Joseph E. Schuler (DC Bar #296269)
JACKSON LEWIS LLP
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182
(703) 821-2189 (telephone)
(703) 821-2267 (facsimile)