IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED DIGITAL FORENSIC SOLUTIONS, INC.,<br>    Plaintiff,<br><br>v.<br><br>LTU TECHNOLOGIES, INC.,<br>  1725 I Street, NW<br>  Washington, DC 20006<br><br>and<br><br>LTU TECHNOLOGIES, S.A., *et al.*,<br><br>    Defendants. | Civil Action No.: 1:07-cv-00683 CKK |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSE

Plaintiff Advanced Digital Forensic Solutions, Inc. and Defendants JASTEC Co., Ltd., JASTEC International, Inc., LTU Technologies S.A.S., by their respective counsel, hereby agree to an extension of the time for Defendants to file their responsive pleadings with respect to the Complaint to August 14, 2007. No prior extension has been requested or granted to these Defendants. The court is respectfully requested to grant this consent motion.

Respectfully submitted,

FOR THE PLAINTIFF:

/s/ Walter Steimel, Jr.
Walter Steimel, Jr. (DC Bar #446262)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W, Suite 500
Washington, DC 20006
 (202) 331-3100 (telephone)
(202) 331-3101 (facsimile)

(signed by Joseph E. Schuler with permission of Walter Steimel, Jr.)

This 30th day of July, 2007

FOR THE DEFENDANTS:

/s/ Joseph E. Schuler
Joseph E. Schuler (DC Bar #296269)
JACKSON LEWIS LLP
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182
(703) 821-2189 (telephone)
(703) 821-2267 (facsimile)

This 30th day of July, 2007