# Greenberg Traurig

Walter E. Steimel, Jr.
Tel. 202.452.4893
Fax. 202.261.0127
SteimelW@gtlaw.com

April 12, 2007

**VIA FACSIMILE AND EMAIL**

Joseph Schuler, Esq.
Jackson Lewis LLP
8614 Westwood Center Drive
Suite 950
Vienna, VA 22182
Facsimile: (703) 821-4314

Re:   **Federal Complaint and Request for Waiver of Service of Summons**

Dear Joe:

    Enclosed please find the Complaint in the matter of *Advanced Digital Forensic Solutions, Inc. v. LTU Technologies, Inc., et al.*, filed today in the United States District Court for the District of Columbia. A case number will not be assigned until tomorrow.

    Please note that we decided to file our complaint in the District of Columbia. As a consequence, tomorrow we will orally withdraw ADF Solution's motion to dismiss for lack of personal jurisdiction pending before Judge Fisher. We will follow up that motion with a written motion, if necessary.

    Per your email to me on April 11, 2007, I understand that you are authorized to accept service of process on behalf of LTU Technologies, Inc. I am uncertain if you can accept service of process on the other defendants. Therefore, I would appreciate it if you could execute this request for waiver of process, by marking which defendants you are accepting service of process on behalf of, and returning it to me.

    In the event that the other defendants are represented by other counsel, please provide me with those names to the extent they are available to you.

    We have requested injunctive relief in the attached pleadings. I would like to discuss with you, when appropriate, whether your client(s) are voluntarily willing to cease and desist

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH

*Strategic Alliance
Tokyo Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | 800 Connecticut Avenue, NW | Suite 500 | Washington, D.C. 20006
Tel 202.331.3100 | Fax 202.331.3101

www.gtlaw.com

Joseph Schuler, Esq.
April 12, 2007
Page 2

---

the conduct identified in the complaint. We will need to address cessation of the complained of activities pending conclusion of arbitration.

Thank you again for your cooperation in this matter, and I look forward to seeing you tomorrow. I will bring a hard copy of the complaint and exhibits with me for your convenience.

In the meantime, should you have any questions or concerns, please feel free to contact me.

Very truly yours,

Walter Steimel, Jr.

**Waiver of Service of Summons**

I am authorized to, and do hereby, waive service of summons in the matter of *Advanced Digital Forensic Solutions, Inc. v. LTU Technologies, Inc., et al.*, filed on April 12, 2007 in the United States District Court for the District of Columbia, on behalf of the following defendants:

   ✓ LTU Technologies, Inc.

   ____ LTU, S.A.

   ____ Jastec International, Inc.

   ____ Jastec Co., Ltd.

Joseph E. S[signature]   Dated May 1, 2007.
Joseph Schuler, Esq.