A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Advanced Digital Forensic Solutions, Inc.
        Plaintiff(s)    )

**APPEARANCE**

        vs.    )    CASE NUMBER   1:07-cv-00683-CKK
LTU Technologies, Inc.
LTU Technologies SA, et al.
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of **Bradley C. Wright** as counsel in this
(Attorney's Name)

case for: **LTU Technologies S.A.S**
(Name of party or parties)

August 14, 2007
Date

447981
BAR IDENTIFICATION

*[Signature]*
Signature

Bradley C. Wright
Print Name

1100 13th Street NW, Suite 1200
Address

Washington, DC    20005-4051
City  State  Zip Code

(202) 824-3000
Phone Number