# United States District Court
# For the District of Columbia

Advanced Digital Forensic Solutions, Inc.  )
        Plaintiff(s)  )  **APPEARANCE**
          )
          )
        vs.  )  CASE NUMBER    1:07-cv-00683-CKK
LTU Technologies, Inc.  )
LTU Technologies SA, et al.  )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Helen Hill Minsker   as counsel in this
                                  (Attorney's Name)

case for:   LTU Technologies, S.A.S.
                         (Name of party or parties)

August 14, 2007                       /s/ Helen Minsker
Date                                    Signature

414000                                  Helen Minsker
BAR IDENTIFICATION                 Print Name

                                               Ten South Wacker Drive, Suite 3000
                                               Address

                                               Chicago, IL           60606-7407
                                               City       State       Zip Code

                                               (312) 463-5000
                                               Phone Number