A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Advanced Digital Forensic Solutions, Inc. )
        Plaintiff(s)    )    **APPEARANCE**
)
)
        vs.    )    CASE NUMBER    1:07-cv-00683-CKK
LTU Technologies, Inc. )
LTU Technologies SA, et al. )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Helen Hill Minsker   as counsel in this
                (Attorney's Name)

case for:  LTU Technologies, Inc.
        (Name of party or parties)


August 14, 2007
Date

                                    Signature

                                    Helen Minsker
414000                             Print Name
BAR IDENTIFICATION
                                    Ten South Wacker Drive, Suite 3000
                                    Address

                                    Chicago, IL         60606-7407
                                    City        State        Zip Code

                                    (312) 463-5000
                                    Phone Number