IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED DIGITAL FORENSIC SOLUTIONS, INC., <br>     Plaintiff, <br><br> v. <br><br> LTU TECHNOLOGIES, INC., <br><br> and <br><br> LTU TECHNOLOGIES, S.A., <br>   132 rue de Rivoli <br>   75001 Paris <br>   France <br><br> and <br><br> JASTEC International, Inc. <br>   1180 Avenue of the Americas, 14th Floor <br>   New York, NY 10036 <br><br> and <br><br> JASTEC Co., Ltd. <br>   3-5-23, Takanawa <br>   Minato-ku <br>   Tokyo 108-0074 <br>   Japan <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )   Civil Action No.: 1:07-cv-00683 CKK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ON BEHALF OF DEFENDANT LTU TECHNOLOGIES, S.A.S.**

    I, the undersigned counsel of record for LTU Technologies, S.A.S., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of LTU Technologies, S.A.S. which have any outstanding securities in the hands of the public:

    JASTEC Co., Ltd.

      These representations are made in order that the judges of this court may determine the need for recusal.

Dated August 14, 2007                                              Respectfully submitted,

                                                                            /s/ Joseph E. Schuler
                                                                            Joseph E. Schuler (DC Bar #296269)
                                                                            JACKSON LEWIS LLP
                                                                            8614 Westwood Center Drive, Suite 950
                                                                            Vienna, VA 22182
                                                                            (703) 821-2189 (telephone)
                                                                            (703) 821-2267 (facsimile)

                                                                            *Counsel for Defendants*