IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED DIGITAL FORENSIC<br>  SOLUTIONS, INC.,<br>       Plaintiff,<br><br>v.<br><br>LTU TECHNOLOGIES, INC.,<br><br>and<br><br>LTU TECHNOLOGIES, S.A.,<br>  132 rue de Rivoli<br>  75001 Paris<br>  France<br><br>and<br><br>JASTEC International, Inc.<br>  1180 Avenue of the Americas, 14th Floor<br>  New York, NY 10036<br><br>and<br><br>JASTEC Co., Ltd.<br>  3-5-23, Takanawa<br>  Minato-ku<br>  Tokyo 108-0074<br>  Japan<br><br>       Defendants. | Civil Action No.: 1:07-cv-00683 CKK |

**CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1 OF THE LOCAL
RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT
<u>OF COLUMBIA ON BEHALF OF DEFENDANT JASTEC INTERNATIONAL, INC.</u>**

I, the undersigned counsel of record for JASTEC International, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of JASTEC International, Inc. which have any outstanding securities in the hands of the public:

    JASTEC Co., Ltd.

These representations are made in order that the judges of this court may determine the need for recusal.

Dated August 14, 2007                                    Respectfully submitted,

/s/ Joseph E. Schuler
Joseph E. Schuler (DC Bar #296269)
JACKSON LEWIS LLP
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182
(703) 821-2189 (telephone)
(703) 821-2267 (facsimile)

*Counsel for Defendants*