IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADVANCED DIGITAL FORENSIC SOLUTIONS, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **LTU TECHNOLOGIES, INC.** ) | Civil Action No. 1:07-cv-00683-CKK |
| ) | |
| and ) | |
| ) | |
| **LTU TECHNOLOGIES, S.A.** ) | |
| ) | |
| and ) | |
| ) | |
| **JASTEC INTERNATIONAL, INC.** ) | |
| ) | |
| and ) | |
| ) | |
| **JASTEC Co., Ltd.** ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ON BEHALF OF PLAINTIFF ADVANCED DIGITAL FORENSIC SOLUTIONS, INC.

Plaintiff ADVANCED DIGITAL FORENSIC SOLUTIONS, INC., ("ADF Solutions, Inc."), pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia, hereby submits the following certificate:

I, the undersigned counsel of record for ADF Solutions, Inc., certify that to the best of my knowledge and belief, there is no parent, subsidiary or affiliate of ADF Solutions, Inc., which have any outstanding securities in the hands of the public.

These representations are made in order that the judges of this court may determine the need for recusal.

Dated: August 15, 2007

Respectfully submitted,

*(signature)*

Walter Steimel, Jr. (D.C. Bar No. 446262)
Mark Hogge (D.C. Bar No. 404882)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006
Telephone: (202) 331-3100
Facsimile: (212) 331-3101

*Attorneys for Plaintiff Advanced Digital Forensic Solutions, Inc.*