IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADVANCED DIGITAL FORENSIC SOLUTIONS, INC.** ) ) ) Plaintiff, ) ) v. ) ) **LTU TECHNOLOGIES, INC.** ) ) and ) ) **LTU TECHNOLOGIES, S.A.** ) ) and ) ) **JASTEC INTERNATIONAL, INC.** ) ) and ) ) **JASTEC Co., Ltd.** ) ) Defendants. ) _____) | Civil Action No. 1:07-cv-00683 CKK |

### MOTION FOR ENLARGEMENT OF TIME TO FILE AND REQUEST TO FILE OUT OF TIME ITS OPPOSING POINTS AND AUTHORITIES

Plaintiff Advanced Digital Forensic Solutions, Inc., by counsel, hereby moves this Court for an extension of the time for Plaintiffs to file, and permission to file out of time, their responsive pleadings with respect to Defendants' Motion Pursuant to Federal Rules of Civil Procedure 12(B)(2) and (5) to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction and Quash Summons to September 7, 2007, and any responsive motion by Defendants to September 17, 2007. Plaintiff consented to an earlier extension request by Defendants JASTEC

Co., Ltd., and JASTEC International, Inc., but Plaintiff has not previously requested an extension its time to make a filing in this case.

In support of its request, Plaintiff shows good cause for its request as follows:

1.     The parties to this action and related parties are engaged in simultaneous litigation in three courts, this Court, the Superior Court for the District of Columbia and Superior Court for the County of Santa Clara, California.  The parties have various overlapping deadlines in the three cases which places a strain on counsel to the parties.  The parties have been cooperating in adjusting deadlines so that all parties have time to adequately address each motion or defense as they arise.

2.     After the Court granted the earlier consent motion for an extension of Defendant's time to file responsive pleadings, Counsel for Plaintiffs incorrectly calculated its response time to Defendants' Motion to Dismiss and Quash.  Counsel also appears to have inadvertently applied the rule for the Superior Court for the District of Columbia to its filing response date, instead of the time limitation in Local Rule 7(b), when calculating its deadline for filing its response. Under its (incorrect) calculation Counsel calculated the deadline as next Tuesday, September 3, 2007.  When checking its calendar today Counsel realized that it had inadvertently relied upon the wrong rule or otherwise miscalculated in determining its deadlines.

3.     Counsel for the parties have been engaging in negotiations and submissions related to discovery and other matters which have consumed a substantial portion of counsel's time.

4.     Counsel for Plaintiffs does not request relief for the purposes of delay or otherwise burden the Court or defendants.

5. As part of this Motion Plaintiff also seeks to set the Defendant's response time so that the parties concur on the applicable deadlines. Counsel is attempting to set hard deadlines in all of its cases in an effort to coordinate various deadlines and reduce the burden on the parties.

6. Justice will be served by the Court having a full record to rely upon when considering the relief requested by the parties.

7. Counsel for Defendants has consented to Plaintiff's filing of this motion and the relief sought herein.

Plaintiff, with consent of Defendants, respectfully requests this Court to grant this motion.

Respectfully submitted,

FOR THE PLAINTIFF:

/s/ Walter Steimel, Jr.
Walter Steimel, Jr. (DC Bar #446262)
GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W, Suite 500
Washington, DC  20006
(202) 331-3100 (telephone)
(202) 331-3101 (facsimile)

This 31st day of August, 2007