UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED DIGITAL FORENSIC SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LTU TECHNOLOGIES, INC*., et al.*, <br><br> Defendants. | Civil Action No. 07-683 (CKK) |

**ORDER**
(November 6, 2007)

Plaintiff Advanced Digital Forensic Solutions, Inc. ("ADF Solutions") brought the instant Complaint against four Defendants: LTU Technologies, Inc. ("LTU Technologies"); LTU Technologies, S.A. ("LTU France"); Jastec International, Inc. ("Jastec International"); and Jastec Co., Ltd. ("Jastec Tokyo"). Two of the Defendants, LTU and LTU France, concede that they are subject to the jurisdiction of this Court. *See* Def.'s Mot. to Dismiss at 3. The other two Defendants, Jastec and Jastec Tokyo, have filed a Motion to Dismiss under Fed. R. Civ. P. 12(b)(2) for lack of jurisdiction.[1] Plaintiff opposes the Motion to Dismiss and requests leave to take "limited discovery between the parties to determine whether Jastec Tokyo and Jastec International have sufficient minimum contacts with the forum to satisfy due process concerns." Pl.'s Opp'n to Defs.' Mot. to Dismiss at 12. The Court has previously explained that "[t]his Circuit's standard for permitting jurisdictional discovery is quite liberal," and that plaintiffs are

---

[1] Jastec Tokyo also moves for dismissal under Fed. R. Civ. P. 12(b)(5) based on insufficiency of service of process. *See* Def.'s Mot. to Dismiss at 16-18. ADF Solutions contends process was sufficient based on its theory of personal jurisdiction. *See* Pl.'s Opp'n to Def.'s Mot. at 15-16.

entitled to jurisdictional discovery even if they have not made a *prima facie* showing of jurisdiction. *See Diamond Chemical Co. v. Atofina Chemicals, Inc.*, 268 F. Supp. 2d 1, 15 (D.D.C. 2003). *See also GTE New Media Services Inc. v. Bellsouth Corp.*, 199 F.3d 1343, 1351 (D.C. Cir. 2000) ("if a party demonstrates that it can supplement its jurisdictional allegations through discovery, then jurisdictional discovery is justified").

The Court is inclined to grant limited jurisdictional discovery based on this Circuit's precedents, but it shall not make a final determination until after the Parties submit a Joint Discovery Plan to the Court. The Plan should request no more than 60 days for the jurisdictional discovery, and should set forth the precise scope and nature of the discovery sought.

Accordingly, it is, this 6th day of November, 2007, hereby

**ORDERED** that the Parties shall propose a Joint Discovery Plan to the Court by or before November 20, 2007; and it is further

**ORDERED** that the Joint Discovery Plan should request no more than 60 days for the jurisdictional discovery, and should set forth the precise scope and nature of the discovery sought.

Date: November 6, 2007

       /s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge