**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADVANCED DIGITAL FORENSIC<br>  SOLUTIONS, INC.,<br>           Plaintiff,<br><br>v.<br><br>LTU TECHNOLOGIES, INC.,<br>  1725 I Street, NW<br>  Washington, DC 20006<br><br>and<br><br>LTU TECHNOLOGIES, S.A., *et al.*,<br><br>           Defendants. | Civil Action No.: 1:07-cv-00683 CKK |

**DEFENDANTS' MOTION FOR ADMISSION PRO HAC VICE**

Defendants, by their counsel, move this Court to admit Marjorie N. Kaye Jr. to appear *pro hac vice* on behalf of Defendants in this matter. In support of this motion, counsel for Defendants states:

1. The undersigned firm represents defendant in the above action. Joseph E. Schuler is a member of the Bar of this Court (D.C. Bar No. 296269) and moves for the admission *pro hac vice* of Marjorie N. Kaye Jr.

2. Ms. Kaye is an attorney with Jackson Lewis LLP, 59 Maiden Lane, 39th Floor, New York, NY 10038, (212) 545-4020.

3. Ms. Kaye is a member in good standing of the Bar of New York. Ms. Kaye certifies that she has not been the subject of any disciplinary proceedings by any bar.

4. Ms. Kaye has moved and been admitted *pro hac vice* 0 times in this Court within the last two years.

WHEREFORE, Defendants respectfully request this Court enter an Order admitting Marjorie N. Kaye Jr. to appear *pro hac vice* before this Court as counsel for Defendants in this action, to the extent permitted by LCvR 83.2 of the Local Rules of this Court.

Respectfully submitted,

**JACKSON LEWIS LLP**

BY:  /s/ Joseph E. Schuler_____
Joseph E. Schuler (DC Bar No. 296269)
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182
(703) 821-2189
*Attorneys for Defendants*

Dated: February 1, 2008

## Certification

I, Marjorie N. Kaye Jr., certify under penalty of perjury that the foregoing is true and correct.

Dated: February 1, 2008      /s/ Marjorie N. Kaye Jr._____
Marjorie N. Kaye Jr.

**CERTIFICATE OF SERVICE**

I hereby certify a copy of *Defendants' Motion for Admission Pro Hac Vice* was served via the Court's electronic filing system, on this 1st day of February, 2008, upon:

> Walter E. Steimel, Esq.
> Mark L. Hogge, Esq.
> GREENBURG TRAURIG LLP
> 800 Connecticut Avenue, N.W.
> Washington, DC 20006

> /s/ Joseph E. Schuler _____
> Joseph E. Schuler