IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCED DIGITAL FORENSIC<br>SOLUTIONS, INC.,<br>    Plaintiff,<br><br>v.<br><br>LTU TECHNOLOGIES, INC.,<br>  1725 I Street, NW<br>  Washington, DC 20006<br><br>and<br><br>LTU TECHNOLOGIES, S.A., *et al.*,<br><br>    Defendants. | Civil Action No.: 1:07-cv-00683 CKK |

## CERTIFICATION OF COUNSEL ADMITTED PRO HAC VICE

Pursuant to the contingent Order of this Court issued on February 5, 2008 granting Defendants' Motion for Leave to Appear Pro Hac Vice as to Marjorie N. Kaye, Jr., I, Marjorie N. Kaye, Jr., certify to the Court under penalty of perjury that I am familiar with the Local Rules of this Court.

Respectfully submitted,

**JACKSON LEWIS LLP**

BY:   /s/ Marjorie N. Kaye Jr.
      Marjorie N. Kaye Jr. (Admitted *Pro Hac Vice*)
      59 Maiden Lane
      New York, New York 10038-4502
      (212) 545-4000
      (212) 972-3213 Facsimile
      *Attorneys for Defendants*

Dated: February 11, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of *Certification of Counsel Admitted Pro Hac Vice* was served via the Court's electronic filing system, on this 11th day of February, 2008, upon:

>Walter E. Steimel, Esq.
>Mark L. Hogge, Esq.
>GREENBURG TRAURIG LLP
>800 Connecticut Avenue, N.W.
>Washington, DC 20006

>/s/ Joseph E. Schuler
>Joseph E. Schuler