IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADVANCED DIGITAL FORENSIC SOLUTIONS, INC.** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **LTU TECHNOLOGIES, INC.** ) <br> ) <br> and ) <br> ) <br> **LTU TECHNOLOGIES, S.A.** ) <br> ) <br> and ) <br> ) <br> **JASTEC INTERNATIONAL, INC.** ) <br> ) <br> and ) <br> ) <br> **JASTEC Co., Ltd.** ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 1:07-CV-00683 CKK |

**MOTION FOR ENLARGEMENT OF TIME
TO COMPLETE JURISDICTIONAL DISCOVERY**

Plaintiff Advanced Digital Forensic Solutions, Inc., and Defendants LTU Technologies, Inc., LTU Technologies, S.A., JASTEC International, Inc., and JASTEC Co., Ltd., by their respective counsel, hereby move this Court for an extension of the discovery period established by the order of Magistrate Judge Kay dated December 20, 2007 ("Order"). The parties allege that good cause exists to grant this motion, and the parties have agreed that enlargement of time to complete jurisdictional discovery is appropriate to avoid unnecessary motions practice regarding outstanding discovery items. The parties request an extension of the jurisdictional

discovery period by thirty (30) days to Wednesday, March 19, 2008.

The Order permitted the parties sixty (60) days to conduct discovery related to personal jurisdiction over the JASTEC defendants. That period expires today, Monday, February 18, 2008. The parties have been actively engaged in discovery and have been adhering to the schedule set forth by the Court. Plaintiff was permitted two depositions during the discovery period – one of Noboru Nakatani and one of an LTU Rule 30(b)(6) designee. Plaintiff conducted its deposition of Noboru Nakatani in New York on February 5, 2008, and its deposition of the Rule 30(b)(6) witness, Alexandre Winter, in Washington, D.C. on February 7, 2008.

In response to certain questions posed during the depositions, each deponent indicated that it could not fully respond to certain questions. Plaintiff also avers that certain documents were discussed during the depositions that should be produced by Defendants pursuant to the Order. After reviewing the transcripts, on February 14, 2008, counsel for Plaintiff sent counsel for the Defendants a letter requesting the information that was not provided during the depositions as well as additional documents referenced during the depositions, and detailing the information that the deponents indicated that they would have to provide at a later date. Although Defendants question whether discovery called for by the Order was not fully provided and whether additional discovery is needed, they are willing to discuss and negotiate Plaintiff's requests.

As the time for the conclusion of jurisdictional discovery ends today, the parties have not had time to fully discuss and negotiate the items contained in Plaintiff's February 14, 2008 letter, nor to fully discuss these matters with their clients, several of whom are traveling.

In support of their request, the parties show good cause for this request as follows:

1. The parties have proceeded with jurisdictional discovery in accordance with the Order.

2. The parties need additional time to fully discuss and negotiate the items contained in Plaintiff's February 14, 2008 letter.

3. Providing the parties with additional time to negotiate matters related to additional information requested by Plaintiff and additional information and documents discussed during the depositions may help limit or avoid motions to compel regarding this information and these documents.

4. It is in the best interest of the parties and the Court to minimize motions practice where the parties have not had a complete opportunity to negotiate their issues.

5. The parties do not request relief for the purposes of delay or to otherwise burden the Court or each other, and in fact, request relief in an attempt to minimize any burden on each other or this Court.

6. Counsel for the parties have discussed Defendants' need for additional time to inquire of its clients regarding the information noted in the depositions and additional documents requested by Plaintiff, and agree that a short extension would be in the best interest of the parties.

7. As a consequence the parties have consented to the filing of this motion and the relief sought herein.

Plaintiff and Defendants jointly respectfully request this Court to grant this motion and extend the jurisdictional discovery period by thirty (30) days to Wednesday, March 19, 2008.

Respectfully submitted,

Dated: February 18, 2008

**FOR THE PLAINTIFF:**

*/s/ Walter Steimel, Jr.*
Walter Steimel, Jr. (DC Bar #446262)
**GREENBERG TRAURIG, LLP**
2101 L Street, N.W, Suite 1000
Washington, DC 20037
(202) 331-3100 (telephone)
(202) 331-3101 (facsimile)

**FOR THE DEFENDANTS:**

/s/ Joseph E. Schuler
Joseph E. Schuler (DC Bar #296269)
**JACKSON LEWIS, LLP**
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182
(703) 821-2189 (telephone)
(703) 821-2267 (facsimile)