IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ADVANCED DIGITAL FORENSIC SOLUTIONS, INC.** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| **LTU TECHNOLOGIES, INC.** | ) ) | |
| and | ) ) | Civil Action No. 1:07-CV-00683 CKK |
| **LTU TECHNOLOGIES, S.A.** | ) ) | |
| and | ) ) | |
| **JASTEC INTERNATIONAL, INC.** | ) ) | |
| and | ) ) | |
| **JASTEC Co., Ltd.** | ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION FOR PROPOSED BRIEFING SCHEDULE**

Plaintiff Advanced Digital Forensic Solutions, Inc., and Defendants LTU Technologies, Inc., LTU Technologies, S.A., JASTEC International, Inc., and JASTEC Co., Ltd., by their respective counsel and pursuant to the Court's December 5, 2007 Minute Order, hereby submit the following proposed joint briefing schedule for Defendants' Motion to Dismiss for Lack of Jurisdiction ("Defendants' Motion to Dismiss"). The parties have agreed on the timeline set forth herein.

The extended Jurisdictional Discovery period ended on March 19, 2008. On that date, Plaintiff filed a Motion to Compel Discovery, or in the Alternative, Motion to Find Personal

Jurisdiction over Defendants under Rule 37 ("Plaintiff's Motion to Compel").  As Plaintiff's Motion to compel is pending, the parties propose the following schedule:

1. The deadline for Defendants' Motion to Dismiss for Lack of Jurisdiction is subject to Magistrate Judge Kay's ruling on Plaintiff's Motion to Compel.  If Judge Kay grants Plaintiff's Motion to Compel, Defendants' Motion to Dismiss shall be due ten (10) business days after the deadline by which Defendants have been ordered to produce any further discovery.

2. If Judge Kay's order denies Plaintiff's Motion to Compel, Defendants' Motion to Dismiss will be due ten (10) business days after the date of Judge Kay's Order.

3. Plaintiff's Opposition will be due eleven (11) days after the filing of Defendants' Motion to Dismiss pursuant to LCvR 7(b) and the computation of time provisions in Fed. R. Civ. P. 6.

4. Defendants' Reply will be due five (5) days after the filing of Plaintiff's Opposition pursuant to LCvR 7(d) and the computation of time provisions in Fed. R. Civ. P. 6.

The parties have consented to the filing of this motion and the schedule proposed herein and jointly respectfully request that the Court grant this motion and accept the parties' proposed briefing schedule.

Respectfully submitted,

Dated: April 2, 2008                              **FOR THE PLAINTIFF:**

*/s/ Walter Steimel, Jr.*
Walter Steimel, Jr. (DC Bar #446262)
**GREENBERG TRAURIG, LLP**
2101 L Street, N.W, Suite 1000
Washington, DC 20037
(202) 331-3100 (telephone)
(202) 331-3101 (facsimile)

**FOR THE DEFENDANTS:**

*/s/ Joseph E. Schuler*
Joseph E. Schuler (DC Bar #296269)
**JACKSON LEWIS, LLP**
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182
(703) 821-2189 (telephone)
(703) 821-2267 (facsimile)