IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ADVANCED DIGITAL FORENSIC SOLUTIONS, INC.** | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **LTU TECHNOLOGIES, INC.** | ) ) |
| and | ) Civil Action No. 1:07-CV-00683 CKK/AK |
| **LTU TECHNOLOGIES, S.A.** | ) ) |
| and | ) ) |
| **JASTEC INTERNATIONAL, INC.** | ) ) |
| and | ) ) |
| **JASTEC Co., Ltd.** | ) ) |
| Defendants. | ) ) |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to the dismissal with prejudice of the above-captioned matter as to all claims against all parties.  Each party will be responsible for its own costs and fees.

Dated:   May 2, 2008                                  Respectfully submitted,

_____/s/ Walter Steimel, Jr._____
Walter E. Steimel, Jr. (Bar No. 446262)
GREENBERG TRAURIG LLP
2101 L Street, NW
Suite 1000
Washington, DC 20037
202.331.3100 (telephone)
202.331.3101 (facsimile)

*Attorney for Plaintiff*

_____/s/ Joseph E. Schuler_____
Joseph E. Schuler (DC Bar #296269)
JACKSON LEWIS LLP
8614 Westwood Center Drive
Suite 950
Vienna, VA 22182
703.821.2189 (telephone)
703.821.2267 (facsimile)

*Attorney for Defendants*